UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| VINCE VREELAND, | |
| Plaintiff(s), | No. C 09-05673 MEJ |
| v. | **ORDER VACATING HEARING RE DKT #10** |
| TARGET CORPORTATION, | |
| Defendant(s). | |

The above-captioned case is currently scheduled for a hearing on February 4, 2010, regarding Plaintiff's Motion to Remand. (Dkt. #10.) Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the February 4, 2010 hearing. The Court shall issue a written order forthwith.

**IT IS SO ORDERED.**

Dated: February 1, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge