UNITED STATES DISTRICT COURT

Northern District of California

VINCE VREELAND,

          Plaintiff(s),           No. C 09-05673 MEJ

  v.

TARGET CORPORTATION,       **ORDER VACATING HEARING RE DKT #10**

          Defendant(s).
_____/

The above-captioned case is currently scheduled for a hearing on February 4, 2010, regarding Plaintiff's Motion to Remand. (Dkt. #10.) Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the February 4, 2010 hearing. The Court shall issue a written order forthwith.

**IT IS SO ORDERED.**

Dated: February 1, 2010

                                                 _____
                                                 Maria-Elena James
                                                 Chief United States Magistrate Judge